IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Quintana, Jorge | Case Number: 07 B 06700 |
| | Judge: Hollis, Pamela S |
| Printed: 7/31/07 | Filed: 4/13/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: July 16, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,760.62 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 2,760.62 |
| Totals: | 2,760.62 | 2,760.62 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 2. | CitiMortgage Inc | Secured | 24,561.79 | 0.00 |
| 3. | American General Finance | Secured | 2,140.74 | 0.00 |
| 4. | Educational Credit Management Corp | Unsecured | 7,104.28 | 0.00 |
| 5. | Sallie Mae | Unsecured | 3,490.40 | 0.00 |
| 6. | Sallie Mae | Unsecured | 13,243.53 | 0.00 |
| 7. | Target National Bank | Unsecured | 322.71 | 0.00 |
| 8. | Capital One | Unsecured | 1,326.91 | 0.00 |
| 9. | Capital One | Unsecured | 0.00 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 1,652.96 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 578.51 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 479.00 | 0.00 |
| 13. | Sallie Mae | Unsecured | 18,958.16 | 0.00 |
| 14. | Jefferson Capital | Unsecured | 343.83 | 0.00 |
| 15. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 16. | Hsbc Nv | Unsecured | | No Claim Filed |
| 17. | Credit Systems International | Unsecured | | No Claim Filed |
| 18. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 19. | Sprint PCS | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 74,202.82 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---:|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Quintana, Jorge

Printed: 7/31/07

Case Number: 07 B 06700
Judge: Hollis, Pamela S
Filed: 4/13/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Denise Ashley*