IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Perez, Merysol

Printed: 1/15/08

Case Number: 07 B 06700
Judge: Hollis, Pamela S
Filed: 4/13/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 5, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,651.93 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 4,651.93 |
| Totals: | 4,651.93 | 4,651.93 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 2. | American General Finance | Secured | 2,140.74 | 0.00 |
| 3. | CitiMortgage Inc | Secured | 24,561.79 | 0.00 |
| 4. | Sallie Mae | Unsecured | 13,243.53 | 0.00 |
| 5. | Educational Credit Management Corp | Unsecured | 3,490.40 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 322.71 | 0.00 |
| 7. | Capital One | Unsecured | 1,326.91 | 0.00 |
| 8. | Educational Credit Management Corp | Unsecured | 7,104.28 | 0.00 |
| 9. | Capital One | Unsecured | 0.00 | 0.00 |
| 10. | Sallie Mae | Unsecured | 18,958.16 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 578.51 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 479.00 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 1,652.96 | 0.00 |
| 14. | Jefferson Capital | Unsecured | 343.83 | 0.00 |
| 15. | RoundUp Funding LLC | Unsecured | 608.85 | 0.00 |
| 16. | Credit Systems International | Unsecured |  | No Claim Filed |
| 17. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
| 18. | Sprint PCS | Unsecured |  | No Claim Filed |
| 19. | Merchants Credit Guide | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 74,811.67 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Perez, Merysol | Case Number: 07 B 06700 |
| | Judge: Hollis, Pamela S |
| Printed: 1/15/08 | Filed: 4/13/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____